UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| XIAOYONG AN O'NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15CV00179 ERW |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Memorandum and Order of the United States Magistrate Judge John M. Bodenhausen [ECF No. 28], pursuant to 28 U.S.C. § 636(b)(1).

The Court notes no objections were filed to the Memorandum and Order within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Memorandum and Order, and hereby sustains, adopts, and incorporates herein the Magistrate's Memorandum and Order in its entirety. The Social Security Commissioner's decision denying disability benefits is affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that, under sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security denying Plaintiff Xiaoyon An O'Neal disability insurance benefits is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED, with prejudice**.

Dated this 12th Day of August, 2016.

*E. Richard Webber*

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE